**97–632.  Rouse v. Mogadore Local School Dist. Bd.**
Summit App. No. 17697.  This cause is pending before the court as a discretionary appeal and a claimed appeal of right.  Upon consideration of appellant's application for dismissal,  ·

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.